SCHNITZLER et al., Respondents, v. WALDES et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Bernhard Schnitzler and another against Henry Waldes and others. H. D. Nims, of New York City, for appellants.

D. S. Meyers, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 168 App. Div. 947, 153 N. Y. Supp. 1143.